IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 3:06cr143WHB-LRA-001 |
| | ) | |
| IRVING WILLIAMS | ) | |

**ORDER REGARDING MODIFICATION OF PROBATION**

The defendant is before the Court, December 1, 2009, on a Petition to Revoke Probation filed by the U. S. Probation Office on November 3, 2009. The Petition alleges the defendant violated his conditions by: failing to pay his fine in accordance with the schedule of payments set forth by the Court and failing to pay for the cost of his court ordered home confinement program. The defendant confessed the violation, and the Court finds the defendant has violated his conditions of Probation, as reported by the U. S. Probation Office. The Court orders the offender's probation term be extended by six (6) months. The subject's new expiration date will be July 17, 2010. Additionally, subject to the mandatory and standard conditions listed on the previous Judgment and Commitment Order dated January 18, 2007, in addition to the following special conditions:

(a) The offender shall submit to random urinalysis and breathalyzer testing, and complete any substance abuse treatment program deemed necessary by the supervising U. S. Probation Officer.

(b) The offender shall submit to a search of his person or property, conducted in a reasonable manner, at any time, by the supervising U. S. Probation Officer.

(c) The defendant shall submit any requested personal or business financial information to the U.S. Probation Officer upon request and shall incur no new

debt nor open any additional lines of credit without the prior approval of the U.S. Probation Officer.

(d) The defendant shall pay the remaining balance of the previously imposed home confinement program fee of $585.00. The defendant shall make monthly payments of $100 per month on the first business day of each month, beginning January 4, 2010.

(e) The defendant shall pay the remaining balance of $1,152 of the previously imposed fine by the end of this day to the Clerk of Court.

SO DATED, this the 1st day of December , 2009.

    s/William H. Barbour, Jr.
WILLIAM H. BARBOUR, JR.
SR. UNITED STATES DISTRICT JUDGE